UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA GOLDENBERG,

                Plaintiff,

v.

OMNICOM GROUP INC., KELLIE MORAN, AND NICK RADHUBER,

                Defendants.

**ORDER**

19 Civ. 6043 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for April 6, 2020 is hereby adjourned to **May 22, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 24, 2020

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge