UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA GOLDENBERG,

               Plaintiff,

    v.

OMNICOM GROUP INC., KELLIE MORAN, AND NICK RADHUBER,

               Defendants.

**ORDER**

19 Civ. 6043 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 22, 2020 is hereby adjourned to **June 25, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge