UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA GOLDENBERG,<br><br>        Plaintiff,<br><br>  - against -<br><br>OMNICOM GROUP INC., KELLIE MORAN, NICK RADHUBER, and WILD-TYPE CREATIVE SOLUTIONS INC.,<br><br>        Defendants. | **ORDER**<br><br>19 Civ. 6043 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Pursuant to the Court's December 4, 2019 order (Dkt. No. 28), the conference set for June 25, 2020 is hereby adjourned sine die. The Clerk of Court is further directed to terminate the action.

Dated: New York, New York
     April 29, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge